## Commonwealth *v.* Laughlin, Appellant.

Argued March 18, 1971. *Lawrence Corson,*

for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.